# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __2997__ & TITLE - IN RE: Baby Food Marketing, Sales Practices and Products Liability Litigation

**1. Oral Argument** – Check ONE of the following boxes:

[✔] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**2. Position on Centralization** – Check ONE of the following boxes:

[ ] Support Centralization

[✔] Oppose Centralization

[ ] Other _____

**3. Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

District of New Jersey; Southern District of New York; Northern District of New York

4.  **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5.  **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:
    Defendant Nurture, Inc. (will confer with other Defendants regarding division of oral argument pursuant to Rule 11.1(e))

6.  **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:
    See attached.

7.  **Name and Address of Attorney Designated to Present Oral Argument**:

    Angela C. Agrusa
    Name

    DLA Piper LLP (US)
    Law Firm

    Los Angeles, 90067                                CA
    City                                              State

    Telephone No.: (310) 595-3000

    Email Address: angela.agrusa@us.dlapiper.com

    May 3, 2021        Angela C. Agrusa        /s/ Angela C. Agrusa
    Date               Printed Name            Authorized Signature

JPML Form 9 (12/15)

**Schedule of Actions:**

1. *Robbins v. Gerber Products Company et. al.*, 2:21-cv-01457 (C.D. Cal.); Judge James V. Selna
2. *Johnson et. al. v. Beech-Nut Nutrition Company et. al.*, 2:21-cv-02096 (D. Kan.); Judge Eric F. Melgren
3. *Wallace et. al. v. Gerber Products Company et. al.*, 2:21-cv-02531 (D. N.J.); Judge Claire C. Cecchi
4. *Walls et. al. v. Beech-Nut Nutrition Company et. al.*, 1:21-cv-00870 (E.D.N.Y.); Judge Diane Gujarati
5. *Albano et. al. v. Hain Celestial Group, Inc. et. al.*, 2:21-cv-01118 (E.D.N.Y); Judge Joan M. Azrack
6. *Garces et. al. v. Gerber Products Company et. al.*, 1:21-cv-00719 (N.D. Ill.); Judge John Robert Blakey
7. *Stewart et. al. v. Nurture, Inc.*, 1:21-cv-01217 (S.D.N.Y.); Judge Mary Kay Vyskocil
8. *Soto v. Nurture, Inc.*, 1:21-cv-01271 (S.D.N.Y.); Judge Mary Kay Vyskocil
9. *Jain v. Nurture, Inc.*, 1:21-cv-01473 (S.D.N.Y.); Judge Mary Kay Vyskocil
10. *Hampton et. al. v. Nurture, Inc.*, 1:21-cv-01882 (S.D.N.Y.); Judge Mary Kay Vyskocil
11. *Smith v. Nurture, Inc.*, 7:21-cv-01534 (S.D.N.Y.); Judge Mary Kay Vyskocil
12. *Lawrence et. al. v. Hain Celestial Group et. al.*, 1:21-cv-01287 (E.D.N.Y.); Judge Eric R. Komitee
13. *AG et. al. v. Plum, PBC et. al.*, 4:21-cv-1600 (N.D. Cal.); Judge James Donato
14. *Andrews v. Beech-Nut Nutrition Company et. al.*, 2:21-cv-1704 (E.D.N.Y.); Judge Gary R. Brown
15. *Westin v. Nurture, Inc.*, 1:21-cv-2101 (S.D.N.Y.); Judge Vernon S. Broderick
16. *Strobel v. Nurture, Inc.*, 1:21-cv-2129 (S.D.N.Y.); Judge Mary Kay Vyskocil
17. *Williams v. Nurture, Inc. et. al.*, 9:21-cv-00044 (D. Mont.); Judge Dana L. Christensen
18. *Smith v. Plum, PBC et. al.*, 4:21-cv-02519 (N.D. Cal.); Judge Yvonne Gonzalez Rogers
19. *Gothot v. Nurture, Inc.*, 1:21-cv-00742 (N.D. Ohio); Judge J. Philip Calabrese
20. *Ibert v. Plum, PBC et. al.*, 4:21-cv-02066 (N.D. Cal.); Judge Yvonne Gonzalez Rogers
21. *Wood et. al. v. Nurture, Inc.*, 1:21-cv-03159 (S.D.N.Y.); Judge Mary Kay Vyskocil
22. *Gutierrez v. Nurture, Inc.*, 1:21-cv-03499 (S.D.N.Y.); Judge Mary Kay Vyskocil